

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00384-CR

WALLACE BEST                                                                                 APPELLANT

V.

THE STATE OF TEXAS                                                                              STATE

----------

## FROM CRIMINAL DISTRICT COURT NO. 1 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Wallace Best pled guilty and judicially confessed to state jail felony theft of property valued at under $1500 in exchange for the State's offer of 180 days' confinement in state jail and waiver of the enhancement allegations. The trial court followed the plea bargain, convicted Appellant of the offense, and

---

[1]*See* Tex. R. App. P. 47.4.

sentenced him to 180 days' confinement in state jail, awarding credit for time served.

The trial court's certification states that this is a plea-bargained case, that Appellant has no right of appeal, and that Appellant has waived the right of appeal. Accordingly, we informed Appellant by letter that this case was subject to dismissal unless he or any party desiring to continue the appeal showed grounds for continuing it.[2] Appellant's appointed counsel did not respond.

We grant Appellant's motion for an extension of time to file his pro se response, but having considered that response, we hold that it does not show grounds for continuing the appeal. We therefore dismiss this appeal.[3]

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and WALKER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: October 17, 2013

---

[2]*See* Tex. R. App. P. 25.2(a)(2), 25.2(d).

[3]*See* Tex. R. App. P. 25.2(d), 43.2(f).